■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BENNIS, Appellant. [909 NYS2d 645]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated August 29, 2008, which, after a hearing to redetermine his sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant failed to show by clear and convincing evidence that special circumstances existed warranting a downward departure from his presumptive risk level two designation (*see People v Lynk*, 74 AD3d 929 [2010], *lv denied* 15 NY3d 708 [2010]; *People v Colavito*, 73 AD3d 1004 [2010], *lv denied* 15 NY3d 705 [2010]; *People v Pearsall*, 67 AD3d 876 [2009]; *People v Williams*, 49 AD3d 518 [2008]; *People v Adams*, 44 AD3d 1020 [2007]; *People v Morales*, 33 AD3d 982, 983 [2006]). Accordingly, the Supreme Court, after considering the mitigating factors advanced by the defendant, appropriately determined him to be a level two sex offender, and providently exercised its discretion in denying his request for a downward departure (*see People v Lynk*, 74 AD3d 929 [2010]; *People v Colavito*, 73 AD3d 1004 [2010]; *People v Ainoris*, 57 AD3d 864, 865 [2008]). Fisher, J.P., Santucci, Eng and Sgroi, JJ., concur.